1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendants*
*Experian Information Solutions, Inc. and*
*Clarity Services LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC J. ST. MARIE,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; TRANS UNION LLC; EQUIFAX<br>INFORMATION SERVICES LLC;<br>CLARITY SERVICES LLC; IC SYSTEM,<br>INC.; ALLIED COLLECTION SERVICES<br>INC.; MONEYTREE, INC.; and<br>SANTANDER CONSUMER USA INC.,<br><br>Defendants. | Case No. 2:21-cv-00329-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND<br>TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Complaint filed: February 26, 2021 |

Defendants Clarity Services LLC ("Clarity") and Experian Information Solutions, Inc. ("Experian") (together "Defendants") and Eric J. St. Marie ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Defendants to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed his Complaint on February 26, 2021.  (ECF No. 1).  Defendants were served on March 1, 2021, making Defendants' responses due March 22, 2021.  Plaintiff and Defendants stipulate and agree that Defendants' time to answer or otherwise plead shall be extended 28 days, up to and including April 19, 2021, so that Defendants may investigate the allegations of the

1     Complaint and prepare appropriate responses.

2          This is Defendants' first request for an extension of time to respond to the Complaint. This

3     extension is sought in good faith and not for the purposes of delay.  Neither party will be prejudiced

4     by this extension.

5

6     **IT IS SO STIPULATED.**

7     DATED this 22nd day of March 2021.          NAYLOR & BRASTER

8

9                                                By: */s/ Jennifer L. Braster*

10                                                   Jennifer L. Braster (NBN 9982)
                                                    Andrew J. Sharples (NBN 12866)
11                                                   1050 Indigo Drive, Suite 200
                                                    Las Vegas, NV 89145
12
                                                   *Attorneys for Defendants Experian*
13                                                   *Information Solutions, Inc. and*
                                                    *Clarity Services LLC*
14    DATED this 22nd day of March 2021.          FREEDOM LAW FIRM

15

16                                                By: */s/ Gerardo Avalos*

17                                                   George Haines (NBN 9411)
                                                    Gerardo Avalos (NBN 15171)
18                                                   8985 S. Eastern Avenue, Suite 350
                                                    Las Vegas, NV 89123
19
                                                   Michael Kind (NBN 13903)
20                                                   KIND LAW
                                                    8860 S. Maryland Parkway, Suite 106
21                                                   Las Vegas, NV 89123

22                                                   *Attorneys for Plaintiff Eric J. St. Marie*

23    **IT IS SO ORDERED.**

24    Dated March 26, 2021.

25                                                _____
                                                 UNITED STATES MAGISTRATE JUDGE
26

27

28

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000