George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Eric J. St. Marie*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Eric J. St. Marie,<br><br>    Plaintiff,<br><br> v.<br><br>Experian Information Solutions, Inc.;<br>Trans Union LLC; Equifax Information<br>Services LLC; Clarity Services LLC;<br>IC System, Inc.; Allied Collection<br>Services Inc.; Moneytree, Inc.; and<br>Santander Consumer USA, Inc.,<br><br>    Defendants. | Case No.:<br>2:21-cv-00329-APG-BNW<br><br>**Stipulation of dismissal of Allied Collection Services Inc. with prejudice** |

---

STIPULATION                                    - 1 -

1    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Eric J. St.

2    Marie and Allied Collection Services Inc. stipulate to dismiss Plaintiff's claims

3    against Allied Collection Services Inc. with prejudice.

4    Each party will bear its own costs, disbursements, and attorney fees.

5

6    Dated: March 26, 2021.

7
     /s/ Gerardo Avalos
8    Gerardo Avalos, Esq.
     8985 S. Eastern Ave., Suite 350
9    Las Vegas, Nevada 89123
10   *Counsel for Plaintiff Eric J. St. Marie*

11
     /s/ Allicia Tomolo
12   Allicia B. Tomolo, Esq.
     3080 South Durango Drive, Suite 202
13   Las Vegas, Nevada 89117
14   *Counsel for Allied Collection Services Inc.*

15

16
                                    IT IS SO ORDERED:
17

18   _____

19                                  UNITES STATES DISTRICT JUDGE

20
                                    DATED: ___March 29, 2021_____
21

22

23

24

25

26

27

─────────────────────────
STIPULATION                    - 2 -