George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Eric J. St. Marie*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Eric J. St. Marie,<br><br>Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.; Trans Union LLC; Equifax Information Services LLC; Clarity Services LLC; IC System, Inc.; Allied Collection Services Inc.; Moneytree, Inc.; and Santander Consumer USA, Inc.,<br><br>Defendant. | Case No.:<br>2:21-cv-00329-APG-BNW<br><br>**Stipulation of dismissal of Santander Consumer USA Inc. with prejudice** |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Eric J. St. Marie and Santander Consumer USA Inc. stipulate to dismiss Plaintiff's claims against Santander Consumer USA Inc. with prejudice.

STIPULATION     - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 17, 2021.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Eric J. St. Marie*

/s/ Christopher Jorgensen
Christopher Jorgensen, Esq.
3993 Howard Hughes Pkwy. Suite 600
Las Vegas, Nevada 89169
*Counsel for Santander Consumer USA Inc.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: May 21, 2021