George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorney for Plaintiff Eric J. St. Marie*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Eric J. St. Marie, <br><br> Plaintiff, <br> v. <br><br> Experian Information Solutions, Inc.; Trans Union LLC; Equifax Information Services LLC; Clarity Services LLC; IC System, Inc.; Allied Collection Services Inc.; Moneytree, Inc.; and Santander Consumer USA, Inc., <br><br> Defendant. | Case No.: 2:21-cv-00329-APG-BNW <br><br> **Stipulation of dismissal of Experian Information Solutions, Inc. with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Eric J. St. Marie and Experian Information Solutions, Inc. stipulate to dismiss Plaintiff's claims against Experian Information Solutions, Inc. with prejudice.

STIPULATION                            - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: August 2, 2021.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Eric J. St. Marie*

/s/Katherine Neben
Katherine A. Neben
Jones Day
3161 Michelson Dr.
Irvine, CA 92612
*Counsel for Experian Information Solutions, Inc.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: August 3, 2021

STIPULATION                                              - 2 -