**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 560-5460
(214) 871-2111 Fax
jbergh@qslwm.com
*Counsel for Trans Union LLC*

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ERIC J. ST. MARIE,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, CLARITY SERVICES LLC, IC SYSTEM, INC., ALLIED COLLECTION SERVICES INC., MONEYTREE, INC., and SANTANDER CONSUMER USA, INC.,<br><br>Defendants. | Case No. 2:21-cv-00329-APG-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

  Plaintiff Eric J. St. Marie, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

  There are no longer any issues in this matter between Eric J. St. Marie and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Dated this 4th day of August 2021.

3624293.1

| | |
|---|---|
| */s/ Jennifer Bergh* | */s/ Gerardo Avalos* |
| Jennifer Bergh | George Haines |
| Nevada Bar No. 14480 | ghaines@freedomlegalteam.com |
| jbergh@qslwm.com | Gerardo Avalos |
| Quilling Selander Lownds | gavalos@freedomlegalteam.com |
| Winslett & Moser, P.C. | Freedom Law Firm |
| 2001 Bryan Street, Suite 1800 | 8985 S. Eastern Avenue, Suite 350 |
| Dallas, Texas 75201 | Henderson, NV 89123 |
| (214) 560-5460 | (702) 880-5554 |
| (214) 871-2111 Fax | (702) 385-5518 Fax |
| and | and |
| Trevor Waite | Michael Kind |
| twaite@alversontaylor.com | mk@kindlaw.com |
| Alverson Taylor & Sanders | Kind Law |
| 6605 Grand Montecito Parkway | 8860 S. Maryland Parkway, Suite 106 |
| Suite 200 | Las Vegas, NV 89123 |
| Las Vegas, NV 89149 | (702) 337-2322 |
| (702) 384-7000 | (702) 329-5881 Fax |
| (702) 385-7000 | ***Counsel for Plaintiff*** |
| ***Counsel for Trans Union LLC*** | |

**IT IS SO ORDERED**

_____
**HONORABLE ANDREW P. GORDON**
UNITED STATE DISTRICT JUDGE
DATED: 8/4/2021

3624293.1