|   |   |
|---|---|
| 1 | George Haines, Esq. |
| 2 | Nevada Bar No.: 9411 |
|   | Gerardo Avalos, Esq. |
| 3 | Nevada Bar No.: 15171 |
| 4 | **FREEDOM LAW FIRM** |
|   | 8985 S. Eastern Ave., Suite 350 |
| 5 | Las Vegas, Nevada 89123 |
|   | (702) 880-5554 |
| 6 | (702) 385-5518 (fax) |
| 7 | Ghaines@freedomlegalteam.com |
|   | *Counsel for Plaintiff Eric J. St. Marie* |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| Eric J. St. Marie, | Case No.: 2:21-cv-00329-APG-BNW |
|---|---|
| Plaintiff(s), | |
| v. | **Notice of settlement between Plaintiff and Equifax Information Services LLC** |
| Experian Information Solutions, Inc.; Trans Union LLC; Equifax Information Services LLC; Clarity Services LLC; IC System, Inc.; Allied Collection Services Inc.; Moneytree, Inc.; and Santander Consumer USA, Inc., | |
| Defendant(s). | |

The dispute between Eric J. St. Marie ("Plaintiff") and Equifax Information Services LLC ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: September 29, 2021.

**Order**

IT IS ORDERED that a stipulation to dismiss Equifax Information Services LLC is due by 11/30/2021.

IT IS SO ORDERED
DATED: 2:16 pm, September 30, 2021

*/s/ Brenda Weksler*
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

F<small>REEDOM</small> L<small>AW</small> F<small>IRM</small>

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Attorney for Plaintiff Eric J. St. Marie*

---

NOTICE  - 1 -