Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

Katherine A. Neben
Nevada Bar No. 14590
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
(T) (949) 851-3939
(F) (949) 553-7539
kneben@jonesday.com

*Attorneys for Defendants*
*Experian Information Solutions, Inc. and*
*Clarity Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Eric J. St. Marie, | Case No. 2:21-cv-00329-APG-BNW |
| Plaintiff, | **DEFENDANT CLARITY SERVICES, INC. AND PLAINTIFF'S JOINT MOTION TO CORRECT CAPTION** |
| v. | |
| Experian Information Solutions, Inc.; Trans Union LLC; Equifax Information Services LLC; Clarity Services LLC; IC System, Inc.; Allied Collection Services Inc.; Moneytree, Inc.; and Santander Consumer USA, Inc., | Complaint filed: February 26, 2021 |
| Defendants. | |

Plaintiff Eric J. St. Marie ("Plaintiff"), by and through his attorneys of records, and defendant Clarity Services, Inc., by and through its attorneys of record, submit the following joint motion to correct the caption:

1. In the caption to the Complaint filed on February 26, 2021 (ECF No. 1), Plaintiff inadvertently identified Clarity Services, Inc. as Clarity Services LLC.

2. The Complaint further contains allegations as to Clarity Services LLC, not Clarity Services, Inc.

3. The reference to Clarity Services LLC is a typographical error in the caption and allegations.

4. The parties respectfully request the caption and allegations be corrected to reflect they are as to Clarity Services, Inc., not Clarity Services LLC.

DATED this 1st day of November 2021.

| FREEDOM LAW FIRM | NAYLOR & BRASTER |
|---|---|
| By: */s/ Gerardo Avalos*<br>George Haines<br>Nevada Bar No. 9411<br>Gerardo Avalos<br>Nevada Bar No. 15171<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123<br><br>Michael Kind<br>Nevada Bar No. 13903<br>KIND LAW<br>8860 S. Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Plaintiff Eric J. St. Marie* | By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>Katherine A. Neben<br>Nevada Bar No. 14590<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612<br><br>*Attorneys for Defendants*<br>*Experian Information Solutions, Inc. and Clarity Services, Inc.* |

### Order

**IT IS SO ORDERED**

**DATED:** 2:33 pm, November 02, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**